No. 78–1804. BARTANEN v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–6523. SHORT v. LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–1852. CHROMALLOY AMERICAN CORP., FEDERAL MALLEABLE DIVISION v. MARSHALL, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari.

No. 78–1856. DORL v. FOSTER WHEELER CORP. C. A. 3d Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 79–57. CANADIAN ACE BREWING Co. v. ANHEUSER-BUSCH, INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 79–79. PIHER INTERNATIONAL CORP. ET AL. v. CTS CORP. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 78–1931. UNITED STATES GYPSUM Co. ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.